IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| In the Matter of: | ) | Chapter 7, Case No. 09-42719-LWD |
|---|---|---|
| BENJAMIN CABAN | ) | |
| Debtor(s) | ) | Trustee's File No. |

### TRUSTEES REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

*Wells Fargo*
owe (171,319)

| | VALUE | CLAIMED AS EXEMPT | ABANDONED |
|---|---|---|---|
| Real Estate  114 Governors Blvd, Hinesville | $ 159,086 | $ | BRR |
| | $ | $ | |
| Mobile Homes | $ | $ | |
| Cash on Hand | $ | $ | |
| Deposits in banks, etc. Delta Comm C.U. + B.of A (5702) Citifin. | $ 390 | $ 390 | BRR |
| Household goods/furnishings | $ 3,500 | $ 3,500 | BRR |
| Books, pictures, art objects, collections | $ | $ | |
| Wearing Apparel | $ 300 | $ 300 | BRR |
| Furs, Jewelry (incl. eyeglasses) | $ 200 | $ 200 | BRR |
| Firearms/Sports/Hobby Equipment  bowling ball | $ 100 | $ 100 | BRR |
| Insurance Policies | $ | $ | |
| Retirement Accounts | $ | $ | |
| Stocks & Interests | $ | $ | |
| Accounts Receivables | $ | $ | |
| Tax Refunds | $ | $ | |
| Contingent Claims of every nature | $ | $ | |
| owe (13,204) Household Bank Automobiles, vehicles, etc. 2007 Suzuki motorcycle | $ 5000 | $ | BRR |
| | $ | $ | |
| Boats, Motors & Accessories | $ | $ | |
| Office Furnishings | $ | $ | |
| Machinery & Equipment | $ | $ | |
| Inventory | $ | $ | |
| Farming Equipment/Supplies | $ | $ | |
| Other Personal Property of Any Kind | $ | $ | |
| Other | $ | $ | |
| Other | $ | $ | |
| Other | $ | $ | |

Comes now, BENJAMIN R. ROACH, Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

This 9th day of November, 2010.

Signed: _____
BENJAMIN R. ROACH, Trustee