# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Benjamin Caban**  
    Debtor

Case No.: 09–42719–LWD  
Judge: Lamar W. Davis Jr.

Chapter: 7

## *FINAL DECREE*

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

***IT IS ORDERED THAT:***

☒ Benjamin R. Roach is discharged as trustee of the estate of the above–named debtor and the bond is canceled; and

☒ The chapter 7 case of the above debtor is closed; and

☐ Other provisions:

        Lamar W. Davis Jr.,  
        United States Bankruptcy Judge  
        PO Box 8347  
        Savannah, GA 31412

Dated: March 1, 2011

B271 [Rev. 06/05] **KR**